UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------x  Civil Action No.: CV-05-1343 (JG)(CLP)
UNITED STATES OF AMERICA, §
§
        Plaintiff, §
  - against- §
§
PRINCE ALSTON, §
§
        Defendant. §
------------------------------------------------------x

NOV 21 2005
BROOKLYN OFFICE

## DEFAULT JUDGMENT

Because Prince Alston failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Prince Alston:

**Claim No. C99-15815:**

| | |
|---|---|
| Principal Balance: | $2,148.94 |
| Total Interest Accrued: | $1,969.61 |
| Subtotal Owed: | $4,118.55 |
| Interest Rate: | 9.130% |

**Claim No. C99-15814W:**

| | |
|---|---|
| Principal Balance: | $792.69 |
| Total Interest Accrued at 9.130%: | $691.00 |
| Filing and Service of Process: | $290.00 |
| Subtotal: | $1,773.69 |
| Attorney's Fees: | $1,178.45 |
| Total Owed: | $7,070.69 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
        , 2005

s/John Gleeson  11-8-05

John Gleeson
United States District Judge