UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x Civil Action No.: CV-05-1343 (JG)(CLP)

UNITED STATES OF AMERICA,

        Plaintiff,

- against-

PRINCE ALSTON,

        Defendant.

and

NEW YORK CITY OFFICE OF
PAYROLL ADMINISTRATION,

        Garnishee.
----------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 18 2006 ★
BROOKLYN OFFICE

## GARNISHEE ORDER

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on April 17, 2006, stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due defendant, Prince Alston , and that garnishee was indebted to defendant, Prince Alston, in the net sum of $2,237.47 semi-monthly as a result of the garnishee's employment of defendant Prince Alston .

On March 28, 2006, the defendant, Prince Alston , was notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that Garnishee pay the sum of $126.04 semi-monthly as of the date of service upon the garnishee, March 27, 2006 to plaintiff and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the defendant, Prince Alston , or until further Order of the Court.

SO ORDERED:

Dated: Brooklyn, NY

s/John Gleeson     7-11-06
_____
John Gleeson
United States District Judge